P. DAVID WOOL (STATE BAR 113293)
Defense Attorney
   3744 Mount Diablo Blvd. #205
   Lafayette, CA 94549
   Telephone: (925) 299-4500
   Facsimile: (925) 299-4501
   E-mail: pdwool@davidwool.com

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>Michael Cavanaugh Blake,<br><br>   Defendant. | Criminal No. CR 08-0856 MAG<br><br>[PROPOSED] ORDER AND STIPULATION REQUESTING CONTINUANCE TO FEBRUARY 18TH |

      The parties in this case hereby stipulate that, subject to the court's approval, the above-captioned matter be continued to February 18th at 9:30 a.m., or as soon thereafter as the matter may be heard. The reason for the stipulation is to

accommodate defense counsel's court conflict on February 4th @ 10:30 (San Francisco Superior Court – People V. Deleon, Andrea [2399194]; People V. Egan, William [2399143] and People V. Mann, Erik [2398740]) and to allow for effective preparation and further time to review discovery.

Both parties are available on the requested date.

**IT IS SO STIPULATED.**

DATED: 2/4/09

_____/s/_____
P. David Wool
Counsel for Defendant

DATED:

_____/s/_____
WENDY THOMAS
Special Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: 2/10/09

THE HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

Edward M. Chen
U. S. Magistrate Judge